# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

LAURY CHESTARO
403 CHERRY ST. #303
49503 GRAND RAPIDS
MI

Plaintiff(s),

v

MICHAEL J. DONN
180 Ottawa or
N.W. GRAND RAPIDS
MI

Defendant(s).

**FILED - GR**
February 18, 2020 2:02 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __mkc__ SCANNED BY: JB /
2/18/20

Case No.
Honorable **1:20-cv-146**
Robert J. Jonker
Chief U.S. District Judge

I need my payment $1 billion dollars and paternity for my son alex

Laury Chestaro
403 Cherry St # 303
Grand Rapids MI.
49503

I need my money 💲
Paternety for my son Alex.